26mj28 DSD/LIB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| Plaintiff, | ) ) ) | 18 U.S.C. § 111(a)(1) |
| v. | ) ) ) | |
| ALICE VALENTINE, | ) ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One
(Assaulting, Resisting, or Impeding Certain Officers or Employees)

On or about January 12, 2026, in the State and District of Minnesota, the defendant,

**ALICE VALENTINE,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services), that is, a U.S. Immigration and Customs Enforcement employee, while such officer and employee was engaged in and on account of the performance of official duties, all in violation of Title 18, United States Code, Section 111(a)(1).



SCANNED
FEB 0 6 2026
U.S. DISTRICT COURT MPLS

Dated: February 6, 2026                DANIEL N. ROSEN
                                       United States Attorney

                                       /s/   *Zain A. Abid*
                                       BY:   ZAIN A. ABID
                                       Special Assistant United States Attorney