UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 26MJ028 (DSD/LIB) |
| | ) | |
| v.                    Plaintiff, | ) | |
| | ) | **STATEMENT OF FACTS IN SUPPORT** |
| ALICE VALENTINE, | ) | **OF EXCLUSION OF TIME UNDER THE** |
| | ) | **SPEEDY TRIAL ACT** |
| Defendant. | ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Alice Valentine, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act. I need additional time to review and consult with my attorney regarding discovery and conduct further case investigation. Based on the above facts, I request that the period-of-time from March 5, 2026, until two weeks from March 5, 2026, be excluded from the time in which I would otherwise have to be brought to trial on my case. I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated:   3/12/2026                          */s/ Alice Valentine*
                                                      ALICE VALENTINE
                                                      Defendant

Dated:   3/12/2026                          */s/ Siri Carlson McDowell*
                                                      SIRI CARLSON MCDOWELL
                                                      Attorney ID No: 0401693
                                                      Attorney for Ms. Valentine
                                                      107 U.S. Courthouse
                                                      300 South Fourth Street
                                                      Minneapolis, MN 55415