**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

**IN RE:** Pending Class A Misdemeanor            **ADMINISTRATIVE ORDER**
Cases Charging Assault on a Federal Officer

Since February 3, 2026, the United States Attorney's Office has initiated at least 27
Class A Misdemeanor cases, all charging Assault on a Federal Officer in violation of 18
U.S.C. 111(a)(1). Defendants charged with Class A Misdemeanor offenses may elect to
consent to trial, sentencing, and judgment before a magistrate judge. *See* Fed. R. Crim.
P. 58(b). However, the district court may, on its own motion, order that proceedings in
any misdemeanor case be conducted before a district judge rather than a magistrate
judge. 18 U.S.C. § 3401(f).

Consistent with that authority, the Court directs that in all pending Class A Misdemeanor
cases charging Assault on a Federal Officer, any defendant who wishes to proceed to
trial before a magistrate judge must file written consent no later than 5:00 pm on the
date of the defendant's motion hearing. If written consent to a magistrate judge's
jurisdiction for trial has not been filed by that time, the matter will proceed to trial before
a district judge. The Court finds that this deadline necessary to ensure the orderly
preparation of these cases for trial, and further finds that setting this deadline is
consistent with Rule 58. A defendant may, however, consent to a magistrate judge's
jurisdiction for purposes of a guilty plea, sentencing, and judgment at any time.

A standardized form for Consent to Proceed Before a Magistrate Judge in a
Misdemeanor Case (AO 86A) may be found on the official website of the United States
Courts, www.uscourts.gov, under the tab for Forms & Rules.

Dated:  March 17, 2026

Patrick J. Schiltz, Chief Judge
United States District Court