UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 26-MJ-028 (DSD/LIB) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | MS. VALENTINE'S MOTION TO |
| | ) | DISMISS FOR DEFECTS IN THE |
| ALICE VALENTINE, | ) | CHARGING DOCUMENT |
| | ) | |
| Defendant. | ) | |

Alice Valentine, through her attorney, Siri Carlson McDowell, moves to dismiss the misdemeanor information pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B) based on defects in the charging document.  Ms. Valentine moves to dismiss the indictment on the grounds that it fails to state an offense and it lacks specificity. F.R.Crim.P. 12(b)(3)(B)(iii) and (v).

An information must be a "plain, concise, and definite written statement of the essential facts constituting the offense charged…." F.R.Crim.P. 7(c). It is only sufficient if it includes "all of the essential elements of the offense charged, fairly informs the defendant of the charges against which he must defend, and alleges information to allow a defendant to plead a conviction or acquittal as a bar to subsequent prosecution." *United States v. Sewell*, 513 F.3d 820, 821 (8th Cir. 2008) (cleaned up).

The information fails here in two regards.  First, the misdemeanor information fails to state an element of the offense because it does not contain allegations of Ms. Valentine's *mens rea*, a necessary element of the offense. *See United States v. Feola*, 420 U.S. 671 (holding that 18 U.S.C. § 111 requires an intent to assault); Eighth Circuit Criminal Model

1

Jury Instruction 6.18.111 (listing the second element of the offense as requiring that the assault be done "voluntarily and intentionally"). Second, the misdemeanor charging document does not adequately apprise Ms. Valentine of the conduct that the government alleges violates 18 U.S.C. § 111(a). 18 USC 111(a) contains multiple ways in which a person could violate the statute—assaulting, resisting, opposing, impeding, or interfering—which cover a broad array of actual conduct. The complaint and affidavit previously filed in this case and the discovery provided by the government allege several interactions between Ms. Valentine and federal agents. However, the information doesn't identify which interaction forms the basis of this charge. The vague nature of the charging document on its face does not provide Ms. Valentine sufficient notice of what she needs to defend, nor serve as an adequate bar against any future prosecution.

Dated: March 19, 2026                    Respectfully submitted,

                                         *s/ Siri Carlson McDowell*

                                         SIRI CARLSON MCDOWELL
                                         Attorney ID No. 0401693
                                         Attorney for Ms. Valentine
                                         107 U.S. Courthouse
                                         300 South Fourth Street
                                         Minneapolis, MN 55415

2