UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 26-MJ-028 (DSD/LIB)

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )
        v.                 )    MS. VALENTINE'S MOTION FOR
                           )    GOVERNMENT AGENTS TO RETAIN
ALICE VALENTINE,           )    ROUGH NOTES AND EVIDENCE
                           )
            Defendant.     )

Alice Valentine, by and through her attorney, Siri Carlson McDowell, pursuant to

Title 18, United States Code, Section 3500 *et seq.*, *Brady v. Maryland*, 375 U.S. 83 (1963),

and Rule 16 of the Federal Rules of Criminal Procedure, moves the Court for an Order

requiring any law enforcement agent, to retain and preserve all rough notes taken as a part

of their investigation, whether or not the contents of such rough notes are incorporated in

official records.  Ms. Valentine so moves on the following grounds:

1.  Rough notes are considered statements within the meaning of Title 18, United

States Code, Section 3500(e)(1); *United States v. Bernard*, 607 F.2d 1257 (9th Cir. 1979);

*United States v. Gaston*, 608 F.2d 607 (5th Cir. 1979);

2.  Destruction of rough notes by law enforcement officials usurps the judicial

function of determining what evidence must be produced. *United States v. Harris*, 543 F.2d

1247 (9th Cir. 1976);

3.  The rough notes may contain facts favorable to the defense.


Dated: March 19, 2026                    Respectfully submitted,

                                         *s/ Siri Carlson McDowell*

                                         SIRI CARLSON MCDOWELL
                                         Attorney ID No. 0401693
                                         Attorney for Ms. Valentine
                                         107 U.S. Courthouse
                                         300 South Fourth Street
                                         Minneapolis, MN 55415