UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-MJ-028 (DSD/LIB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | DISCOVERY DECLARATION AND |
| | ) | OUTLINE OF PRE-TRIAL MOTIONS |
| v. | ) | |
| | ) | |
| ALICE VALENTINE, | ) | |
| | ) | |
| Defendant. | ) | |

Alice Valentine is charged in a one-count information with Assaulting, Resisting, or Impeding Certain Officers or Employees, a misdemeanor. Through counsel, she respectfully offers the following declaration concerning the status of discovery in this case and outline of the pre-trial motions that are being filed.

**DISCOVERY**

Counsel received discovery via USA-FX on February 18, 2026. The discovery contains reports, and video and audio recordings.   Defense requested additional discovery from the government which the government has not yet provided but has requested from the appropriate agencies. To ensure continued disclosure, counsel has filed a discovery motion. Defense has disclosed a video to the government via flash drive.

**MOTIONS**

Aside from the discovery motion, Counsel has filed the following motions:

1. Disclosure of Brady Evidence
2. Retention of Rough Notes
3. Dismiss for Defects in the Charging Document
4. Dismiss Outrageous Government Conduct and for Evidentiary Hearing
5. Suppress Observations and Evidence

Counsel anticipates that the motions to dismiss based on outrageous government conduct and the motion to suppress observations and evidence will require testimony.

**MEET AND CONFER**

On March 19, 2026, the undersigned and AUSA Zain Abid conferred by phone pursuant to and in accordance with L.R. 12.1 to clarify and narrow issues.

Dated:   March 19, 2026                              Respectfully submitted,

                                                    *s/Siri Carlson McDowell*
                                                    SIRI CARLSON MCDOWELL
                                                    Attorney ID No. 0401693
                                                    Attorneys for Ms. Valentine
                                                    107 U.S. Courthouse
                                                    300 South Fourth Street
                                                    Minneapolis, MN 55415