UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 26-MJ-028 (DSD/LIB) |
| | ) | |
| Plaintiff, | ) | MS. VALENTINE'S MOTION TO |
| v. | ) | SUPPRESS |
| | ) | |
| ALICE VALENTINE, | ) | |
| | ) | |
| Defendant. | ) | |

Alice Valentine, through her attorney, Siri Carlson McDowell, moves the Court pursuant to Rule 12(b)(3)(C) of the Federal Rules of Criminal Procedure to suppress any and all fruit of the unlawful seizure of Ms. Valentine on January 12, 2026, including observations made by federal agents, evidence obtained by federal agents, and any statements made by Ms. Valentine.

On January 12, 2026, Enforcement Removal Operations (ERO), a division of Immigration and Customs Enforcement, went to the Star City Mall in St. Cloud as part of Operation Metro Surge. Many St. Cloud residents had gathered at the Mall to observe and protest the agents' activities. Two such residents were Alice Valentine and her girlfriend, S.M. Shortly after Ms. Valentine and S.M. arrived the Mall, two ERO agents arrived in the parking lot. S.M. approached the agents asking why they brought "such big guns" to the Mall. Ms. Valentine recorded this interaction on her phone. One agent "shushed" S.M., who continued asking her question. The agent told S.M. to "back up" while shoving her hard in the chest. Ms. Valentine approached the agent and told him to "keep your f----in' hands off my girlfriend." The agent stepped toward Ms. Valentine repeatedly, forcing Ms.

1

Valentine backward, as he asked her "or what?". He then shoved Ms. Valentine, causing her to stumble backward. The agent alleges that, after he shoved her, Ms. Valentine kicked him in the shin, causing a small cut. This alleged kick is not captured on the video recording of the interaction. Immediately after the agent assaulted Ms. Valentine, another agent pepper-sprayed Ms. Valentine at close range, hitting her directly in the face and eyes, causing excruciating burning. This entire interaction occurred within thirty seconds of the agents arriving at the Mall. Ms. Valentine and S.M. were then arrested and eventually transported to the Whipple Federal Building in Minneapolis. Ms. Valentine's backpack was seized and searched, and Ms. Valentine was interviewed by Homeland Security Investigators after receiving *Miranda* warnings.

Ms. Valentine was unlawfully seized when the ERO agent repeatedly stepped toward her, forcing her to step backwards, then shoved her, causing her to stumble. *See United States v. Warren*, 984 F.3d 1301, 1303 (8th Cir. 2021) ("A person is seized within the meaning of the Fourth Amendment when the officer, by means of physical force or show of authority, terminates or restrains the person's freedom of movement.") (cleaned up). Prior to this seizure, Ms. Valentine was engaging in lawful conduct: filming the agents and telling the agent to keep his hands off her girlfriend, whom he had just shoved. There was no reasonable suspicion of criminal activity before this seizure occurred. Any observations of Ms. Valentine after this unlawful seizure should be suppressed. *See United States v. Crews*, 445 U.S. 463, 470 (1963) (stating that exclusionary sanction applies to officer observations). Ms. Valentine was further seized when another agent pepper-sprayed her in the face. After being pepper-sprayed, Ms. Valentine was then arrested for allegedly

kicking the ERO agent after he shoved her, which is not apparent in any video evidence. Because all observations and any evidence obtained by the federal agents stem from their initial illegal seizure of Ms. Valentine, and her subsequent unlawful arrest, federal law enforcement violated Ms. Valentine's Fourth Amendment rights and all such resulting evidence should be suppressed as fruits of the unlawful seizure.

Ms. Valentine requests an evidentiary hearing to further develop the factual record and requests that the officers responsible for her seizure and arrest testify at the motions hearing to establish grounds for their seizure of Ms. Valentine. She respectfully requests the opportunity to provide further briefing on this motion after the factual record is developed.

Dated: March 19, 2026                    Respectfully submitted,

*s/ Siri Carlson McDowell*

SIRI CARLSON MCDOWELL
Attorney ID No.  0401693
Attorney for Ms. Valentine
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415