UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-MJ-28 (DSD/LIB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **GOVERNMENT'S MOTION** |
| v. | ) | **TO DISMISS** |
| | ) | |
| ALICE VALENTINE, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorneys, Daniel N. Rosen,

United States Attorney for the District of Minnesota, and Richard M. Hoover, Special

Assistant United States Attorney, hereby requests that the Court dismiss this case

without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: April 15, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/Richard M. Hoover*

BY: RICHARD M. HOOVER
MND No. 710133MA
Special Assistant U.S. Attorney
DOJ-USAO
District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415
202-251-2107
Email: richard.hoover@usdoj.gov