UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 26-MJ-28 (DSD/LIB)

UNITED STATES OF AMERICA,

Plaintiff,

v. **ORDER**

ALICE VALENTINE,

Defendant.

This matter is before the court upon the government's motion to dismiss. Based on review of the file and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The motion [ECF No. 37] is granted; and

2. The case is dismissed without prejudice.

Dated: April 20, 2026

s/*David S. Doty*
David S. Doty, Judge
United States District Court